IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINTON NESTA BAKER,<br><br>               Plaintiff,<br><br>vs.<br><br>SGT. ARON COOPER, #2230, in their individual capacity; OFFICER JUSTIN BORGOGNONE, #25513, in their individual capacity; LANCASTER COUNTY, and SIANN LYON, Nurse, #25644, in her individual capacity;<br><br>               Defendants. | **8:21CV55**<br><br>**ORDER** |

    Plaintiff, who advised he is no longer incarcerated, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 17.) Upon review of Plaintiff's motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis as a non-prisoner.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff is granted leave to proceed in forma pauperis as a non-prisoner. Filing 17 is granted.

    2.    The clerk of the court is directed to update the court's records to reflect Plaintiff is no longer liable for the remaining balance of the filing fee.

    Dated this 16th day of May, 2022.

                                                        BY THE COURT:

                                                         *Richard G. Kopf*
                                                         Richard G. Kopf
                                                         Senior United States District Judge