IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINTON NESTA BAKER,<br><br>        Plaintiff,<br><br>vs.<br><br>SGT. ARON COOPER, #2230, in their individual capacity; OFFICER JUSTIN BORGOGNONE, #25513, in their individual capacity; LANCASTER COUNTY; and SIANN LYON, Nurse, #25644, in her individual capacity,<br><br>        Defendants. | **8:21CV55**<br><br>**MEMORANDUM AND ORDER** |

      On March 25, 2022, the court issued a Memorandum and Order permitting Plaintiff to file a second amended complaint by April 25, 2022. (Filing 13.) Four days later, Plaintiff was released from custody according to a letter sent to the court by the Lancaster County Department of Corrections. (Filing 15.) While Plaintiff never filed a second amended complaint, he did file a Notice of Change of Address on April 14, 2022 (Filing 14), and again on May 13, 2022 (Filing 18), as well as a Motion for Leave to Proceed In Forma Pauperis (Filing 17) on May 13, 2022.

      Because it is apparent from his recent filings that Plaintiff still wishes to participate in this litigation, and because it is possible he never received the court's Memorandum and Order directing him to file a second amended complaint due to his release from custody at about the same time as he should have received the court's Memorandum and Order, the court will grant Plaintiff additional time to file a second amended complaint.

IT IS ORDERED:

1. The Clerk of Court shall mail to Plaintiff at his last-known address a copy of the court's Memorandum and Order directing Plaintiff to file a second amended complaint (Filing 13). **The deadline contained in Filing 13 for Plaintiff to file a second amended complaint is CHANGED to June 20, 2022.**

2. The Clerk of Court shall set a pro se case management deadline as follows: June 20, 2022—Plaintiff's second amended complaint due.

DATED this 17th day of May, 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge

2