IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINTON NESTA BAKER, | |
| Plaintiff, | **8:21CV55** |
| vs. | |
| SGT. ARON COOPER, #2230, in their individual capacity; and OFFICER JUSTIN BORGOGNONE, #25513, in their individual capacity; | **ORDER TO SHOW CAUSE** |
| Defendants. | |

On May 25, 2022, Plaintiff filed a notice of change of address with the court. (Filing No. 21). Since that time, the court has mailed him three different filings at the address he provided, each of which was returned as undeliverable. (Filing No. 37, 38, and 39). The stickers on the envelopes are marked "return to sender" and "unable to forward." Id.

Based on the record before the court, Plaintiff has failed to keep the court apprised of his current address as required under the Local Rules. See NEGenR. 1.3 (e) and (g). Plaintiff cannot prosecute his case in this forum if he cannot personally receive copies of the court's orders or Defendant's filings.

Accordingly,

IT IS ORDERED that Plaintiff is given until February 14, 2023 to show cause why the court should not dismiss his claims for want of prosecution and for failing to keep this court apprised of a current address as required under the court's rules. The failure to timely comply with this order may result in dismissal of the claims filed by Plaintiff without further notice.

Dated this 31st day of January, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*

United States Magistrate Judge