IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINTON NESTA BAKER,<br><br>           Plaintiff,<br><br>vs.<br><br>SGT. ARON COOPER #2230 in his individual capacity, et al.,<br><br>           Defendants. | 8:21-CV-55<br><br>MEMORANDUM AND ORDER |

      This matter is before the Court on the Magistrate Judge's findings and recommendation that this case be dismissed for want of prosecution. Filing 42. Involuntary dismissal for failure to comply with the Court's order or failure to prosecute is within the Court's discretion. Fed. R. Civ. P. 41(b); *see Schooley v. Kennedy*, 712 F.2d 372, 373-74 (8th Cir. 1983). And there has been no objection to the findings and recommendation, meaning that the plaintiff has waived the right to *de novo* review. *See* 28 U.S.C. § 636(b)(1); NECivR 72.2; *United States v. Wise*, 588 F.3d 531, 537 n.5 (8th Cir. 2009). Accordingly,

      IT IS ORDERED:

      1.      The Magistrate Judge's findings and recommendation (filing 42) are adopted.

      2.      The plaintiff's complaint is dismissed without prejudice.

      3.      A separate judgment will be entered.

      Dated this 17th day of March, 2023.

                                                  BY THE COURT:

                                                    John M. Gerrard
                                                    Senior United States District Judge